UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TERRY LANGSTON,

    Plaintiff,

v

CENTER FOR FAMILY HEALTH,

    Defendant.
_____/

Civil Case No.: 22-CV-11883

Honorable Terrence G. Berg

Magistrate Judge: Kimberly G. Altman

### ORDER GRANTING DEFENDANT'S MOTION TO COMPEL WITNESS JESSICA EMBURY TO ANSWER QUESTIONS AT HER DEPOSITION

This matter having come before the Court upon Defendant's Unopposed Motion to Compel Witness Jessica Embury to Answer Questions at Her Deposition and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that Jessica Embury will make herself available for deposition within fourteen (14) days of the date of this Order;

IT IS FURTHER ORDERED that Jessica Embury will answer all questions put to her during her deposition.

**IT IS SO ORDERED.**

/S/TERRENCE G. BERG
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

DATE: June 23, 2023

**Kitch Drutchas Wagner Valitutti & Sherbrook**
ATTORNEYS AND COUNSELORS
ONE WOODWARD AVENUE, SUITE 2400
DETROIT, MICHIGAN 48226-5485
(313) 965-7900

DET02:3844047.1